# UNITED STATES DISTRICT COURT
## District of Minnesota

Armando Solorzano Velez,

Petitioner(s),

v.

Todd Blanche, Markwayne Mullin, Todd M. Lyons, Marcos Charles, David Easterwood, U.S. Immigration & Customs Enforcement, U.S. Department of Homeland Security, Sirce Owen, Executive Office for Immigration Review and Eric Tollefson,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-2333 MJD/SGE

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED** and **DISMISSED with prejudice**.

Date: 5/26/2026

KATE M. FOGARTY, CLERK